IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF : CASE NO. 3:12MJ255

119 PAW PAW STREET
DAYTON, OHIO
INCLUDING ALL OUTBUILDINGS AND CURTILAGE

ORDER SEALING APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return for captioned Search Warrant be sealed and kept from public inspection.

5-22-15
DATE

SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE